# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CEOLA STEELE,** | 95-CV-0606 (WJM) |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **UNIVERSITY OF MEDICINE &** | **HON. WILLIAM J. MARTINI** |
| **DENTISTRY OF NEW JERSEY, et al.,** | |
| **Defendants.** | |

This matter having come before the Court on the *pro se* motion of Plaintiff, Ceola Steele, to reopen Civil Action No. 95-0606 for the addition of a new defendant and new claims; this case having been closed since November 19, 1996, when this Court, by order of the Hon. John C. Lifland, dismissed Plaintiff's complaint for lack of subject matter jurisdiction; this Court having liberally construed the instant motion in deference to Plaintiff's *pro se* status, but nonetheless finding no grounds upon which the relief Plaintiff requests may be granted; and for good cause shown,

**IT IS** on this 11th day of August 2008 hereby

**ORDERED** that Plaintiff's Motion to Reopen is **DENIED**.

 

 

 

s/William J. Martini

**William J. Martini, U.S.D.J.**